UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDDIE WILLIAMS, JR. ]<br>    Plaintiff, ]<br>]<br>v. ]<br>]<br>ARVIL CHAPMAN, et al. ]<br>    Defendants. ] | GENERAL DOCKET<br>No.3:14-mc-0734<br>Judge Trauger |

**O R D E R**

The plaintiff is an inmate at the South Central Correctional Center in Clifton, Tennessee. He has filed a Notice of Appeal (Docket Entry No.15) without paying the requisite filing fee or submitting an application to proceed on appeal in forma pauperis.

The plaintiff has previously filed at least six actions in federal court that were dismissed for being either frivolous or for failure to state a claim. *See* Docket Entry No.8. He has not, however, shown that he is in imminent danger of serious physical harm. 28 U.S.C. § 1915(g). Therefore, the plaintiff can not pursue his appeal as a pauper.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to remit the full appellate filing fee of five hundred five dollars ($505.00).

1

The plaintiff is forewarned that, should he fail to comply with the instructions of the Court, the full amount of the filing fee will be assessed against him and his appeal may be dismissed for want of prosecution. In re Alea, 286 F.3d 378, 382 (6th Cir. 2002).

The Clerk is instructed to forward a copy of this order to the Clerk for the Sixth Circuit Court of Appeals.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge